

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| IN THE MATTER OF THE ESTATE | § | No. 08-23-00167-CV |
| OF EDWARD R. PORTILLO | § | Appeal from the |
| DECEASED. | § | Statutory Probate Court No. 2 |
| | § | of El Paso County, Texas |
| | | (TC# 2018CPR00773) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF APRIL 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox and Soto, JJ.